UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
MARCIAL MUNOZ, individually and on behalf of all others similarly situated,

                  Plaintiff,

-against-

PERUVIAN CHICKEN LLC d/b/a UNCLE PAULIE'S PERUVIAN CHICKEN and PAUL PADRO,

                  Defendants.
-----------------------------------------------------------------X

Civil Action No.
18-cv-08849

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, counsel for the parties, that this action be hereby dismissed and discontinued in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or attorneys' fees to any party. A copy of the signatures on this Stipulation serve the same purpose as an original signature.

Dated: New York, New York
       November 27, 2018

KATZ MELINGER PLLC

By: _____
Adam Sackowitz
280 Madison Avenue, Suite 600
New York, New York 10016
Tel: (212) 460-0047
Fax: (212) 428-6811
ajsackowitz@katzmelinger.com
*Attorneys for Plaintiff*

LAW OFFICES OF MALCOLM BLUM

By: _____
Malcolm Blum
111 Kinderkamack Road, Suite 300
River Edge, New Jersey 07661
Tel: (201) 489-0060
Fax: (201) 546-7687
jblum@blumandblumlaw.com
*Attorneys for Defendants*

**SO ORDERED.**
The Clerk shall close this case.

_____
Esther Salas, U.S.D.J.

Dated: ~~November 28, 2018~~ December 3, 2018